```
 1  ARNOLD & PORTER LLP
    SHARON DOUGLASS MAYO  Bar No. 150469
 2  90 New Montgomery Street, Suite 600
    San Francisco, California 94105
 3  Telephone: (415) 356-3000
    Facsimile: (415) 356-3099
 4  E-mail: sharon.mayo@aporter.com

 5  ARNOLD & PORTER LLP
    LOUIS S. EDERER (Admitted Pro Hac Vice)
 6  JOHN MALTBIE (Admitted Pro Hac Vice)
    399 Park Avenue
 7  New York, New York 10017
    Telephone: (212) 715-1000
 8  Facsimile: (212) 715-1399
    E-mail: louis.ederer@aporter.com
 9  E-mail: john.maltbie@aporter.com

10  Attorneys for Plaintiffs-Counterclaim Defendants
    Pernod Ricard Mexico, S.A. de C.V. and Pernod Ricard USA, LLC
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 5/22/07*

| | |
|---|---|
| PERNOD RICARD MEXICO, S.A. de C.V. and PERNOD RICARD USA, LLC, <br><br> Plaintiffs-Counterclaim Defendants, <br><br> v. <br><br> TEQUILA TAZON, INC., <br><br> Defendant-Counterclaim Plaintiff, and <br><br> AMERICAN WINE DISTRIBUTORS, INC., <br><br> Defendant. | Case No. C-07-0968 RMW <br><br> STIPULATION AND [xxxxxxxxxxxxxx] ORDER RE TIME FOR PLAINTIFFS-COUNTERCLAIM DEFENDANTS PERNOD RICARD MEXICO, S.A. DE C.V. AND PERNOD RICARD USA, LLC TO RESPOND TO COUNTERCLAIMS <br><br> [Civ. L.R. 6-1] |

430263v1

---

STIP. AND [xxxxxxxxxx] ORDER RE TIME FOR PERNOD RICARD MEXICO, S.A. de C.V. AND PERNOD RICARD USA, LLC TO RESPOND TO COUNTERCLAIMS -- Case No. C07-0968 RMW

|   |   |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-1, counsel for plaintiffs-counterclaim defendants Pernod |
| 2 | Ricard Mexico, S.A. de C.V. and Pernod Ricard USA, LLC submit the following stipulation |
| 3 | regarding the timing of plaintiffs-counterclaim defendants Pernod Ricard Mexico, S.A. de C.V. and |
| 4 | Pernod Ricard USA, LLC's response to the counterclaims of defendant-counterclaim plaintiff |
| 5 | Tequila Tazon, Inc.: |
| 6 | WHEREAS, plaintiffs-counterclaim defendants filed their complaint on February 15, 2007; |
| 7 | WHEREAS, defendant-counterclaim defendant Tequila Tazon, Inc. filed counterclaims |
| 8 | against plaintiffs-counterclaim defendants on April 23, 2007; and |
| 9 | WHEREAS, the parties have agreed to a due date for plaintiffs-counterclaim defendants |
| 10 | answer the counterclaims that will not alter the date of any event or any deadline already fixed by |
| 11 | Court order; |
| 12 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by plaintiffs- |
| 13 | counterclaim defendants Pernod Ricard Mexico, S.A. de C.V. and Pernod Ricard USA, LLC and |
| 14 | defendant-counterclaim plaintiff Tequila Tazon, Inc. that plaintiffs-counterclaim defendants shall |
| 15 | have up to and including June 4, 2007 to answer or otherwise respond to plaintiffs' complaint. |

Dated: May 14, 2007

ARNOLD & PORTER LLP

By: _____
John Maltbie
Attorneys for Plaintiffs-Counterclaim
Defendants Pernod Ricard Mexico, S.A.
de C.V. and Pernod Ricard USA, LLC

Dated: May 14, 2007

BUSINESS & TECHNOLOGY LAW GROUP

By: _____
Stephen N. Hollman
Attorneys for Defendant-Counterclaim-
Plaintiff Tequila Tazon, Inc.

Dated: May 22 2007

SO ORDERED:

_____
Hon. Ronald M. Whyte, U.S.D.J.

- 1 -

STIP. AND xxxxxxxxxx ORDER RE TIME FOR PERNOD RICARD MEXICO, S.A. de C.V. AND PERNOD
RICARD USA, LLC TO RESPOND TO COUNTERCLAIMS -- Case No. C07-0968 RMW