| | |
|---|---|
| ARNOLD & PORTER LLP | ARNOLD & PORTER LLP |
| LOUIS S. EDERER (Admitted *Pro Hac Vice*) | SHARON DOUGLAS MAYO, Bar No. 150469 |
| JOHN MALTBIE (Admitted *Pro Hac Vice*) | 90 New Montgomery Street, Suite 600 |
| 399 Park Avenue | San Francisco, CA 94105 |
| New York, New York 10017 | Telephone:  (415) 356-3000 |
| Telephone:  (215) 715-1000 | Facsimile:  (415) 355-3099 |
| Facsimile:  (215) 715-1399 | E-mail:  sharon.mayo@aporter.com |
| E-mail:  louis.ederer@aporter.com | |
| E-mail:  john.maltbie@aporter.com | |

Attorneys for Plaintiffs and Counterdefendants,
PERNOD RICARD MEXICO, S.A. de C.V. and PERNOD RICARD USA, LLC


STEPHEN N. HOLLMAN, ESQ., STATE BAR NO. 055219
Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113
Telephone (408) 282-1949
Facsimile (408) 275-9930
E-Mail: tti@businessandtechnologylawgroup.com

Attorneys for Defendant and Counterclaimant,
TEQUILA TAZON, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERNOD RICARD MEXICO, S.A. de C.V. and PERNOD RICARD USA, LLC,<br><br>  Plaintiffs,<br><br>vs.<br><br>TEQUILA TAZON, INC., and AMERICAN WINE DISTRIBUTORS, INC.,<br><br>  Defendants. | CASE NO. C 07 0968 RMW PVT<br><br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR ADR COMPLIANCE AND TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>[*Electronic digital signatures permitted*] |
| TEQUILA TAZON, INC., a Nevada corporation,<br><br>  Counterclaimant,<br><br>vs.<br><br>PERNOD RICARD MEXICO, S.A. de C.V. and PERNOD RICARD USA, LLC,<br><br>  Counterdefendants. | |

CASE NO. C 07 0968 RMW PVT

STIP. & [PROPOSED] ORDER TO ENLARGE TIME FOR ADR & TO CONTINUE CASE MGMNT. CONF.

Page 1

1

2      IT IS HEREBY STIPULATED AND AGREED by plaintiffs and counterdefendants,
3  PERNOD RICARD MEXICO, S.A. de C.V. and PERNOD RICARD USA, LLC, and defendant
4  and counterclaimant, TEQUILA TAZON, INC., each acting through their undersigned counsel,
5  that:
6      1.     The referral to mediation of this case, as ordered by the Court in its Minute Order
7  dated May 25, 2007, is now calendared to commence at 9:30 a.m. on September 26, 2007 in San
8  Francisco, CA before the mediator, James Gilliland, Esq., with such date being the first available
9  date acceptable to such parties, their counsel, and the mediator.
10     2.     Following the May 25, 2007 referral by the Court of this case to mediation and
11 based upon the commencement of mediation on September 26, 2007, the time for satisfaction of
12 ADR in this case will extend beyond the ninety (90) day requirement set forth in ADR Local
13 Rule 6-4(b).
14     3.     Such parties and their counsel believe that an enlargement of time for satisfaction
15 of ADR in this case to and through October 10, 2007 will permit those parties and the mediator
16 to commence and work at efforts to reach a settlement of the case, or, in the alternative, for such
17 parties to prepare for and appear at a continued and re-calendared Case Management Conference,
18 as set forth below.
19     4.     In light of the commencement of the mediation on September 26, 2007, such
20 parties and their counsel request that the Case Management Conference calendared for August
21 31, 2007 at 10:00 a.m. be continued and re-calendared to October 19, 2007 at 10:00 a.m. with the
22 parties to submit to the Court a Joint Case Management Statement on or before October 12,
23 2007.
24 //
25 //
26 //
27 //
28 //

CASE NO. C 07 0968 RMW PVT

STIP. & [PROPOSED] ORDER TO
ENLARGE TIME FOR ADR & TO
CONTINUE CASE MGMNT. CONF.

| | | |
|---|---|---|
| DATED: | August __, 2007 | ARNOLD & PORTER LLP |

By: _____/s/ *John Maltbie*_____
John Maltbie,
Attorneys for plaintiffs
and counterclaim defendants,
PERNOD RICARD MEXICO, S.A. de C.V. and
PERNOD RICARD USA, LLC

| | | |
|---|---|---|
| DATED: | August __, 2007 | BUSINESS & TECHNOLOGY LAW GROUP |

By: _____/s/ *Stephen N. Hollman*_____
Stephen N. Hollman,
Attorneys for defendant
and counterclaimant,
TEQUILA TAZON, INC.

## **ORDER**

After consideration of the foregoing Stipulation and the reasons therefor, IT IS HEREBY ORDERED that (i) the time for satisfaction of the ADR requirement in this case be extended to and through October 10, 2007; and (ii) the Case Management Conference, which is now calendared for Friday, August 31, 2007 at 10:00 a.m., be continued and re-calendared to Friday, October 19, 2007, at 10:00 a.m.

/s/ Ronald M. Whyte

DATED: August 28, 2007   _____
Hon. Ronald M. Whyte
United States District Court Judge

CASE NO. C 07 0968 RMW PVT                STIP. & [PROPOSED] ORDER TO ENLARGE TIME FOR ADR & TO CONTINUE CASE MGMNT. CONF.

Page 3