| | |
|---|---|
| ARNOLD & PORTER LLP | ARNOLD & PORTER LLP |
| LOUIS S. EDERER (Admitted *Pro Hac Vice*) | SHARON DOUGLAS MAYO, Bar No. 150469 |
| JOHN MALTBIE (Admitted *Pro Hac Vice*) | 90 New Montgomery Street, Suite 600 |
| 399 Park Avenue | San Francisco, CA 94105 |
| New York, New York 10017 | Telephone: (415) 356-3000 |
| Telephone: (215) 715-1000 | Facsimile: (415) 355-3099 |
| Facsimile: (215) 715-1399 | E-mail: sharon.mayo@aporter.com |
| E-mail: louis.ederer@aporter.com | |
| E-mail: john.maltbie@aporter.com | |

Attorneys for Plaintiffs and Counterdefendants,
PERNOD RICARD MEXICO, S.A. de C.V. and PERNOD RICARD USA, LLC

STEPHEN N. HOLLMAN, ESQ., STATE BAR NO. 055219
Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113
Telephone (408) 282-1949
Facsimile (408) 275-9930
E-Mail: tti@businessandtechnologylawgroup.com

Attorneys for Defendant and Counterclaimant,
TEQUILA TAZON, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/3/07*

| | |
|---|---|
| PERNOD RICARD MEXICO, S.A. de C.V. and PERNOD RICARD USA, LLC, ) ) | CASE NO. C 07 0968 RMW PVT |
| Plaintiffs, ) ) | |
| vs. ) ) | **STIPULATION AND [** |
| TEQUILA TAZON, INC., and AMERICAN WINE DISTRIBUTORS, INC., ) ) ) | **ORDER TO ENLARGE TIME FOR ADR COMPLIANCE AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| Defendants. ) ) | [*Electronic digital signatures permitted*] |
| TEQUILA TAZON, INC., a Nevada corporation, ) ) | |
| Counterclaimant, ) ) | |
| vs. ) ) | |
| PERNOD RICARD MEXICO, S.A. de C.V. and PERNOD RICARD USA, LLC, ) ) ) | |
| Counterdefendants. ) ) | |

CASE NO. C 07 0968 RMW PVT

STIP. & [] ORDER TO ENLARGE TIME FOR ADR & TO CONTINUE CASE MGMNT. CONF.

Page 1

      IT IS HEREBY STIPULATED AND AGREED by plaintiffs and counterdefendants, PERNOD RICARD MEXICO, S.A. de C.V. and PERNOD RICARD USA, LLC, and defendant and counterclaimant, TEQUILA TAZON, INC., each acting through their undersigned counsel, that:

1.    On August 28, 2007, the Court entered an Order based upon the Stipulation of plaintiffs and counterdefendants, PERNOD RICARD MEXICO, S.A. de C.V. and PERNOD RICARD USA, LLC, and defendant and counterclaimant, TEQUILA TAZON, INC., that (i) the time for satisfaction of the ADR requirement in this case be extended to and through October 10, 2007; and (ii) the Case Management Conference, then calendared for Friday, August 31, 2007 at 10:00 a.m., be continued and re-calendared to Friday, October 19, 2007, at 10:00 a.m.

2.    A mediation was calendared for September 26, 2007 before the mediator, James Gilliland, Esq., that was based upon the referral to mediation by the Court in its Minute Order dated May 25, 2007.

3.    In advance of such mediation on September 26, 2007, the parties, alone and subsequently with input from the mediator, commenced exploratory discussions concerning a settlement of the case prior to a mediation occurring.  Such discussions are continuing, and, for that reason, the mediation calendared for September 26, 2007 was postponed.

4.    The parties to the mediation and the mediator have now preliminarily concurred on the dates of November 7, 8, 9, 14, or 16, 2007 for either re-calendaring the mediation or seeking the mediator's services in connection with ongoing settlement discussions.  Such dates are the first available dates on the mediator's calendar for him to participate.

5.    Following the May 25, 2007 referral by the Court of this case to mediation, the time for satisfaction of ADR in this case will extend beyond the ninety (90) day requirement set forth in ADR Local Rule 6-4(b).

6.    The parties to the mediation and their respective counsel believe that an enlargement of time for satisfaction of ADR in this case to and through November 28, 2007 will permit those parties and the mediator to commence and work at efforts to reach a settlement of

CASE NO. C 07 0968 RMW PVT      STIP. & [] ORDER TO ENLARGE TIME FOR ADR & TO CONTINUE CASE MGMNT. CONF.

Page 2

the case, or, in the alternative, for such parties to prepare for and appear at a continued and re-calendared Case Management Conference, as set forth below.

7. In light of the November 2007 dates upon which the mediator is available, the parties to the mediation and their respective counsel request that the Case Management Conference, which is now calendared for October 19, 2007 at 10:00 a.m., be continued and re-calendared to December 7, 2007 at 10:00 a.m. with the parties to submit to the Court a Joint Case Management Statement on or before November 30, 2007.

DATED: September 25, 2007            ARNOLD & PORTER LLP

By: _____/s/ *John Maltbie*_____
    John Maltbie,
    Attorneys for plaintiffs
    and counterclaim defendants,
    PERNOD RICARD MEXICO, S.A. de C.V.
    and PERNOD RICARD USA, LLC

DATED: September 25, 2007            BUSINESS & TECHNOLOGY LAW GROUP

By: _____/s/ *Stephen N. Hollman*_____
    Stephen N. Hollman,
    Attorneys for defendant
    and counterclaimant,
    TEQUILA TAZON, INC.

## **ORDER**

After consideration of the foregoing Stipulation and the reasons therefor, IT IS HEREBY ORDERED that (i) the time for satisfaction of the ADR requirement in this case be extended to and through November 28, 2007; and (ii) the Case Management Conference, which is now calendared for Friday, October 19, 2007 at 10:30 a.m., be continued and re-calendared to Friday, December 7, 2007, at 10:30 a.m.

DATED: October 3, 2007

*Ronald M. Whyte*
_____
Hon. Ronald M. Whyte
United States District Court Judge

CASE NO. C 07 0968 RMW PVT                    STIP. & [] ORDER TO
                                              ENLARGE TIME FOR ADR & TO
                                              CONTINUE CASE MGMNT. CONF.

Page 3